In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00261-CV
_____

**VERONICA LEIGH HUBENAK LYONS, Appellant**

**V.**

**LAWRENCE TRACY LYONS, Appellee**

**On Appeal from the 128th District Court**
**Orange County, Texas**
**Trial Cause No. A170745-D**

**MEMORANDUM OPINION**

Veronica Leigh Hubenak Lyons appeals from a judgment signed August 6, 2018. On September 18, 2018, we notified the parties that the appeal would be dismissed for want of prosecution unless Veronica remitted her filing fee for the appeal. By separate letter on the same date, we notified the parties that the clerk's record had not been filed due to Veronica's failure to pay, or to arrange to pay, the District Clerk's fee for preparing the clerk's record. The notice also warned Veronica that her appeal would be dismissed for want of prosecution unless she established

1

that she paid the fee or needed additional time to do so. None of the parties filed a response. Accordingly, Veronica's appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b); *see also* Tex. R. App. P. 42.3(b), (c).

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on October 31, 2018
Opinion Delivered November 1, 2018

Before McKeithen, C.J., Horton and Johnson, JJ.

2